# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-3924
_____

DELPHINE RENEE MANLEY,

    Appellant,

    v.

BOWLING GREEN INN OF
PENSACOLA d/b/a ACADIA
HEALTHCARE and ESIS
SOUTHEAST WC CLAIMS,

    Appellees.

_____

On appeal from an order of the Office of the Judges of
Compensation Claims.
Jonathan E. Walker, Judge.

Date of Accident: June 17, 2020.

September 16, 2022

PER CURIAM.

    AFFIRMED.

LEWIS, KELSEY, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Paul M. Anderson, Tallahassee, for Appellant.

Mary Frances Nelson, Fort Myers, Ya'Sheaka Campbell Williams, Tampa, for Appellees.